James P. Watson, (SBN 046127)
Bruce K. Leigh (SBN 129753)
Andrea J. Kirkpatrick (SBN 229363)
STANTON, KAY & WATSON, LLP
101 New Montgomery, Fifth Floor
San Francisco, CA 94105
Telephone: (415) 512-3501
Facsimile: (415) 512-3515

Attorneys for Plaintiffs

**FILED**

JUN 2 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>FORSGREN ASSOCIATES, INC., a Corporation; GARY KILLEBREW, an Individual; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Defendants. | Case No.: C-05-0768 MHP<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED REQUEST THAT CASE MANAGEMENT CONFERENCE BE CONTINUED<br><br>CURRENT CASE MANAGEMENT CONFERENCE DATE: June 27, 2005<br>TIME: 4:00 p.m.<br>COURTROOM: 15, 18th Floor<br>JUDGE: Hon. Marilyn Hall Patel |

The Court having received plaintiffs' Notice of Tentative Settlement of Action and Unopposed Request That Case Management Conference Be Continued and good cause appearing therefor, it is hereby ORDERED that the case management conference scheduled for June 27, 2005 is continued until _July 25, 2005 at 3:00 p.m._

///
///
///

6/22/05

-1-
[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED REQUEST THAT CASE MANAGEMENT CONFERENCE BE CONTINUED [CASE NO. C-05-0768 MHP]