**FILED**

JUL 2 0 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  James P. Watson, (SBN 046127)
   Bruce K. Leigh (SBN 129753)
2  Andrea J. Kirkpatrick (SBN 229363)
   STANTON, KAY & WATSON, LLP
3  101 New Montgomery, Fifth Floor
   San Francisco, CA 94105
4  Telephone: (415) 512-3501
   Facsimile: (415) 512-3515

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>FORSGREN ASSOCIATES, INC., a Corporation; GARY KILLEBREW, an Individual; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Defendants. | Case No.: C-05-0768 MHP<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' REQUEST THAT CASE MANAGEMENT CONFERENCE BE TAKEN OFF CALENDAR<br><br>CASE MANAGEMENT CONFERENCE<br>DATE: July 25, 2005<br>TIME: 3:00 p.m.<br>COURTROOM: 15, 18th Floor<br>JUDGE: Hon. Marilyn Hall Patel |

Good cause appearing therefor, it is hereby ORDERED that the case management conference in the within action set for July 25, 2005 at 3:00 p.m. be taken off calendar.

DATED: 7-20-05

_____
Hon. Marilyn Hall Patel
United States District Judge

F:\CASES\7000\7000.1028 Forsgren Associates\PLEADINGS\[Proposed] Order CMC Off Calendar.doc

-1-
[PROPOSED] ORDE GRANTING PLAINTIFFS' REQUEST THAT CASE MANAGEMENT CONFERENCE BE TAKEN OFF CALENDAR [CASE NO. C-05-0768 MHP]