James P. Watson, (SBN 046127)
Bruce K. Leigh (SBN 129753)
Andrea J. Kirkpatrick (SBN 229363)
STANTON, KAY & WATSON, LLP
101 New Montgomery, Fifth Floor
San Francisco, CA 94105
Telephone: (415) 512-3501
Facsimile: (415) 512-3515

Attorneys for Plaintiffs

**FILED**

AUG - 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO as CHAIRMAN and LARRY TOTTEN as CO-CHAIRMAN of the BOARD OF TRUSTEES FOR THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>FORSGREN ASSOCIATES, INC., a Corporation; GARY KILLEBREW, an Individual; and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>Defendants. | Case No.: C-05-0768 MHP<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITHOUT PREJUDICE |

Good cause appearing therefor, it is hereby ORDERED that the within action is dismissed, without prejudice, as to all defendant parties.

DATED: 8/4/05

_____
Hon. Marilyn Hall Patel
United States District Judge

F:\CASES\7000\7000.1028 Forsgren Associates\PLEADINGS\[Proposed] Order re Dismissal.doc

-1-
[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE [CASE NO. C-05-0768 MHP]